B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## District of Nevada

In re Executive Plastering, Inc. ,
                    Debtor

Case No. 09-33776-bam

Chapter 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 8 | $ 979,983.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 4,173,911.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 1,951.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $ 1,509,282.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 30 | $ 979,983.00 | $ 5,685,144.00 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### District of Nevada

In re  Executive Plastering, Inc.                ,          Case No.   09-33776-bam
                   Debtor

                                           Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re  EXECUTIVE PLASTERING, INC.                    ,          Case No.  09-33776-bam
_____                       _____
              **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total▶ | 0.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  EXECUTIVE PLASTERING, INC.                    ,          Case No.  09-33776-bam
              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | See continuation sheets. | | 161.00 |
| 3.  Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

In re   EXECUTIVE PLASTERING, INC.         ,        Case No.   09-33776-bam
               **Debtor**                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See continuation sheets. | | 175,678.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See continuation sheets. | | 678,144.00 |

B 6B (Official Form 6B) (12/07) -- Cont.

In re   EXECUTIVE PLASTERING, INC. _____ ,          Case No.   09-33776-bam
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See continuation sheets.  Vehicles at 220 Commerce Park Ct. & 6967 Speedway Blvd. | | 95,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desks, computers, file cabinets located at 220 Commerce Park Ct. | | 2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See continuation sheets. Equipment located at 6967 Speedway Blvd. # AA105. | | 29,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5___ continuation sheets attached     Total ➤     $            979,983.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**In re: Executive Plastering, Inc.**        **Case No.   09-33776-bam**

**CONTINUATION TO SCHEDULE B – PERSONAL PROPERTY**

2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.

| DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|
| Checking account no. xx9027<br>Service First Bank<br>8363 W. Sunset Rd., Ste. 350<br>Las Vegas, NV 89113 | $50.00 |
| Checking account no. xx5655<br>BankWest<br>2700 W. Sahara Ave.<br>Las Vegas, NV 89102 | $1.00 |
| Checking account (payroll) no. xx3253<br>Service First Bank<br>8363 W. Sunset Rd., Ste. 350<br>Las Vegas, NV 89113 | $10.00 |
| 941 (payroll holding) account no. xx5212<br>Bank of Nevada<br>2700 W. Sahara Ave.<br>Las Vegas, NV 89102 | $0.00 |
| Money market account no. xx5698<br>Bank of Nevada<br>2700 W. Sahara Ave.<br>Las Vegas, NV 89102 | $100.00 |

[THIS SPACE INTENTIONALLY LEFT BANK.]

**Schedule B Continuation Sheet 1 of 5**

**In re: Executive Plastering, Inc.**                **Case No.   09-33776-bam**

16.  Accounts receivable.

| DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|
| Del Webb Corp. – Sun City Anthem<br>8345 W. Sunset Rd.<br>Las Vegas, NV 89113 | $5,070.00 |
| Burnham Paint<br>668 Middlegate Rd.<br>Henderson, NV 89011 | $1,670.00 |
| Dax Contracting, LLC<br>2450 Chandler Ave. #7<br>Las Vegas, NV 89120 | $14,354.00 |
| Gothic Landscaping, Inc.<br>4565 W. Nevso Dr.<br>Las Vegas, NV 89103 | $542.00 |
| Lennar Homes dba Greystone<br>3765 E. Sunset Rd.<br>Las Vegas, NV 89120 | $69,642.00 |
| Pulte Building Systems<br>2900 E. Lone Mountain Rd.<br>North Las Vegas, NV 89081 | $23,375.00 |
| Plaster Development Co., Inc.<br>801 S. Rancho Dr. Ste. E4<br>Las Vegas, NV 89106 | $5,468.00 |
| Rhodes Homes<br>4730 S. Fort Apache Rd.<br>Las Vegas, NV 89147 | $3,658.00 |
| Southwest Homes<br>5955 Edmond Dr.<br>Las Vegas, NV 89119 | $195.00 |
| Sun City Landscapes, Inc.<br>4720 W. Patrick Ln.<br>Las Vegas, NV 89118 | $850.00 |
| Trammell Crow Residential<br>9330 W. Martin Ave. #200<br>Las Vegas, NV 89148 | $17,077.00 |
| William Lyon Homes<br>500 Pilot Rd.<br>Las Vegas, NV 89119 | $33,777.00 |

**Schedule B Continuation Sheet 2 of 5**

**In re: Executive Plastering, Inc.**                     **Case No.   09-33776-bam**

21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each.

| DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|
| *Plise Development v. King Airelines*; Clark Co. Dist. Ct. A564913<br>Claim in intervention for lien foreclosure | $47,500 |
| *Hanson Structural Precast v. Western US Contractors*; Clark Co. Dist. Ct. A568129<br>Claim in intervention for lien foreclosure | $41,265 |
| *Executive Plastering v. Camco Pacific Construction*; Clark Co. Dist Ct. 09A580889<br>Complaint for breach of contract consolidated with *Uintah Investments v. APCO Construction*; A583289<br>Claim in intervention for lien foreclosure | $541,750 |
| *Walldesign v. SBA Development*; Clark Co. Dist. Ct. A602214<br>Claim in intervention for lien foreclosure | $47,629 |

25.  Automobiles, trucks, trailers, and other vehicles and accessories.

| DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|
| 1992 Ford FSD01, VIN 2FDLF47M5NCA93900 | $1,000.00 |
| 1992 Ford F-350, VIN 1FTJF35M0NNA90731 | $1,000.00 |
| 2004 Chevy Lt Duty VIN 1GBJC34244E356439 | $5,000.00 |
| 2004 Chevy Lt Duty VIN 1GBJC34274E356127 | $5,000.00 |
| 2003 Chevy Lt Duty VIN 1GBJC34193E276866 | $5,000.00 |
| 2003 Isuzu TCC VIN JALC4J14437012736 | $5,000.00 |
| 1988 GMC Lt Duty VIN 2GDHG31KXJ4513305 | $1,000.00 |
| 1998 GM PK VIN 1GDJ7H1J7WJ506087 | $1,000.00 |
| 1994 International Flatbed VIN 1HTSCABM9RH485990 | $2,000.00 |
| 1984 GMC Truck VIN 1GDL7D1B8EV525684 | $1,000.00 |

**Schedule B Continuation Sheet 3 of 5**

**In re: Executive Plastering, Inc.**                    **Case No.    09-33776-bam**

| | |
|---|---:|
| 1977 Ford F-700 VIN N70FVZ09193 | $500.00 |
| 2002 GMC Truck 1GDJ6H1C12J502972 | $2,000.00 |
| 1984 Ford F-350 VIN 2FDJF37L9ECB43030 | $1,000.00 |
| 1985 Ford F3503 VIN 1FDKF3711FKB39781 | $1,000.00 |
| 1987 Ford F3506 VIN 2FD KF37L4HCA38839 | $1,000.00 |
| 1992 Ford F3504 VIN 2FDJF37G8NCA26266 | $1,000.00 |
| 1986 Ford F3599 VIN 1FDKF37L5GPB91310 | $1,000.00 |
| 1987 GMC R3509 VIN 1GDHR34N3HJ516192 | $1,000.00 |
| 1978 Chevy C3010 VIN CCL338Z148870 | $500.00 |
| 1999 Dodge 15B VIN 2B7HB11X6XK580328 | $1,000.00 |
| 1988 Ford F-350 VIN 2FDKF37M3JCB38252 | $1,000.00 |
| 2000 Dodge 3L64 VIN 3B6MC3669YM204816 | $1,000.00 |
| 1973 Chevy C30 VIN CCY333Z128068 | $500.00 |
| 2003 Chevy SC3 VIN 1GBJC34143E289525 | $3,500.00 |
| 2003 Chevy Silverado VIN 1GBJC34133E364490 | $3,500.00 |
| 2003 Chevy EX1 VIN 1GCEG15X031180754 | $3,500.00 |
| 2005 Chevy Kodiak VIN 1GBJ6C1C55F512942 | $4,000.00 |
| 2006 Chevy Kodiak 1GBJ6C1376P405022 | $5,000.00 |
| 2006 Chevy Lt Duty VIN 1GBJC34U96E145726 | $5,000.00 |
| 2006 Chevy Lt Duty VIN 1GBJC34U16E146658 | $5,000.00 |
| 2006 Chevy C3 VIN 1GBJC34D56E181848 | $5,000.00 |
| 2006 Chevy C3 VIN 1GBJC34D16E180504 | $5,000.00 |
| 2006 Chevy C2500 VIN 1GCHC29D56E206812 | $5,000.00 |
| 2006 Chevy Silverado 1GCHC23D66F196486 | $5,000.00 |
| 2007 Chevy C3500 1GBJC346X7E557026 | $6,000.00 |

[THIS SPACE INTENTIONALLY LEFT BLANK.]

**Schedule B Continuation Sheet 4 of 5**

**In re: Executive Plastering, Inc.**              **Case No.   09-33776-bam**

29. Machinery, fixtures, equipment, and supplies used in business.

| DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|
| 4 Mixers | $4,000.00 |
| 4 Cement pumps | $20,000.00 |
| 2 Foam machines | $5,000.00 |

**Schedule B Continuation Sheet 5 of 5**

B 6D (Official Form 6D) (12/07)

In re  EXECUTIVE PLASTERING, INC.        ,          Case No.   09-33776-bam
_____          _____
              **Debtor**                                                      **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0001<br><br>SMS Financial, LLC<br>2645 North 7th Avenue<br>Phoenix, AZ 85007 | X | | Jan. 31, 2007<br>Business loan.<br>Secured by CD's<br>plus all assets.<br><br>VALUE $ 1,979,983.00 | | X | X | 4,000,000.00 | 2,020,017.00 |
| ACCOUNT NO.<br><br>GMAC<br>P.O. Box 9001948<br>Louisville, KY  40290 | | | Vehicle loan.<br>Secured by 2005<br>Chevy Kodiak<br><br>VALUE $    4,000.00 | | | | 20,020.00 | 16,020.00 |
| ACCOUNT NO.<br><br>GMAC<br>P.O. Box 9001948<br>Louisville, KY  40290 | | | Vehicle loan<br>secured by 2006<br>Chevy Kodiak<br><br>VALUE $    5,000.00 | | | | 23,089.00 | 18,089.00 |
| _2_ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $ 4,043,109.00 | $ 2,024,126.00 |
| | | | Total ▶<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re  EXECUTIVE PLASTERING, INC.       ,          Case No.    09-33776-bam
                **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>GMAC<br>P.O. Box 9001948<br>Louisville, KY  40290 | | | Vehicle loan secured by 2006 Chevy Lt Duty<br><br>VALUE $    5,000.00 | | | | 15,437.00 | 10,437.00 |
| **ACCOUNT NO.**<br><br>GMAC<br>P.O. Box 9001948<br>Louisville, KY  40290 | | | Vehicle loan secured by 2006 Chevy Lt Duty<br><br>VALUE $    5,000.00 | | | | 15,437.00 | 10,437.00 |
| **ACCOUNT NO.**<br><br>GMAC<br>P.O. Box 9001948<br>Louisville, KY  40290 | | | Vehicle loan secured by 2006 Chevy C3<br><br>VALUE $    5,000.00 | | | | 17,880.00 | 12,880.00 |
| **ACCOUNT NO.**<br><br>GMAC<br>P.O. Box 9001948<br>Louisville, KY  40290 | | | Vehicle loan secured by 2006 Chevy C3<br><br>VALUE $    5,000.00 | | | | 17,880.00 | 12,880.00 |
| **ACCOUNT NO.**<br><br>GMAC<br>P.O. Box 9001948<br>Louisville, KY  40290 | | | Vehicle loan secured by 2006 Chevy C2500<br><br>VALUE $    5,000.00 | | | | 19,317.00 | 14,317.00 |

Sheet no.___1___of___2___continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)▶
(Total(s) of this page)

$
85,951.00

$
60,951.00

Total(s) ▶
(Use only on last page)

$

$

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                              2

In re  EXECUTIVE PLASTERING, INC.    ,          Case No.   09-33776-bam
                **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GMAC P.O. Box 9001948 Louisville, KY 40290 | | | Vehicle loan secured by 2006 Chevy Silverado  VALUE $ 5,000.00 | | | | 24,155.00 | 19,155.00 |
| ACCOUNT NO. GMAC P.O. Box 9001948 Louisville, KY 40290 | | | Vehicle loan secured by 2007 Chevy C3500  VALUE $ 6,000.00 | | | | 20,696.00 | 14,696.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no.__2__of__2__continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 44,851.00          $ 33,851.00

Total(s) ▶
(Use only on last page)

$ 4,173,911.00      $ 2,118,928.00

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07)

In re Executive Plastering, Inc. , Case No. 09-33776-bam
               **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  Executive Plastering, Inc.                         ,        Case No.  09-33776-bam
                   **Debtor**                                             **(if known)**

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

     1    continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re   Executive Plastering, Inc.                    ,          Case No.   09-33776-bam
                    **Debtor**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Department of the Treasury Internal Revenue Service Ogden, UT 84201 | | | 2009 federal taxes | X | X | | 1,000.00 | 1,000.00 | 0.00 |
| Account No. <br><br> State of Nevada Department of Taxation 1550 College Pkwy. Ste 115 Carson City, NV 89706 | | | 2009 state taxes (as applicable) | X | X | | 100.00 | 100.00 | 0.00 |
| Account No. <br><br> Clark County Assessor 500 S. Grand Central Pkwy. Las Vegas, NV 89155 | | | Property taxes and other assessments | | | | 851.00 | 851.00 | 0.00 |
| Account No. <br><br> | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals▶ (Totals of this page) | $ 1,951.00 | $ 1,951.00 | 0.00 |
|---|---|---|---|---|
| | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 1,951.00 | | |
| | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 1,951.00 | $ 0.00 |

B 6F (Official Form 6F) (12/07)

In re  Executive Plastering, Inc. _____,    Case No.  09-33776 _____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A B C Supply Co.<br>3802 North 53rd Ave. #150<br>Phoenix, AZ  85031 | | | 11/05/2009<br>Materials for use in business. | | | | 2,322.00 |
| ACCOUNT NO. 7440<br><br>Accoustical Material Service<br>4711 Mitchell St.<br>North Las Vegas, NV 89081 | | | 12/11/2009<br>Materials and services | | | | 11,589.00 |
| ACCOUNT NO.<br><br>ADT Security Services. Inc.<br>14200 E. Exposition Ave.<br>Aurora, CO  80012 | | | 12/05/2009<br>Security for company offices. | | | | 97.00 |
| ACCOUNT NO.<br><br>Allegiance Direct Bank<br>136 W. Center #200<br>Cedar City, UT  84721 | | | 11/15/2009<br>Banking services | | | | 1.00 |

|  |  |
|---|---|
| Subtotal► | $  14,009.00 |

10  continuation sheets attached

Total► $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Executive Plastering, Inc.                              ,     Case No.   09-33776
_____
**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1002  Bank of America/AMEX PO Box 0001 Los Angeles, CA  90096 | | | 09/20/2009 Credit card for company use | | | | 199,892.00 |
| ACCOUNT NO. 1006  American Express PO Box 0001 Los Angeles, CA  90096 | | | 09/20/2009 Credit card for company use | | | | 186,566.00 |
| ACCOUNT NO.  Bounty Hunters Pest Control 3687 Funston Way Las Vegas, NV  89129 | | | 06/18/2009 Pest control for company property | | | | 80.00 |
| ACCOUNT NO.  CenturyLink PO Box 96064 Charlotte, NC 28296 | | | Telephone & communications | | | | 214.00 |
| ACCOUNT NO.  Cheyenne Auto Parts 4675-C S. Polaris Las Vegas, NV 89103 | | | 12/02/2009 Parts to maintain and repair company vehicles | | | | 110.00 |

Sheet no. __1__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $  386,862.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Executive Plastering, Inc.                                ,        Case No.  09-33776
_____                                   _____
**Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Childrens 1971 Trust<br>640 Palkau St.<br>Honolulu, HI  96816 | X | | 06/15/2009<br>Rent for Rancho office space (abandoned) | | | | 12,194.00 |
| ACCOUNT NO.<br><br>Cintas First Aid & Safety<br>730 Valle Verde Dr.<br>Henderson, NV 89014 | | | 12/15/2009<br>Safety products and services | | | | 98.00 |
| ACCOUNT NO.<br><br>Crispy Critters Pest Control<br>848 N. Rainbow Blvd.<br>Las Vegas, NV 89107 | | | 12/09/2009<br>Pest control for company property | | | | 140.00 |
| ACCOUNT NO.<br><br>Desert Fastners & Supply<br>4950 N. Berg<br>North Las Vegas, NV 89081 | | | 12/152009<br>Materials for use in business | | | | 124.00 |
| ACCOUNT NO.<br><br>Excalibur Leasing<br>220 Commerce Park Ct.<br>North Las Vegas, NV 89032 | | | 1/1/2009<br>Equipment (scaffolding) lease payments | | | | 283,000.00 |

Sheet no. _2_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 295,556.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Executive Plastering, Inc.                    ,          Case No.  09-33776
_____          _____
                **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Executive Floral<br>3111 S. Valley View #J101<br>Las Vegas, NV 89102 | | | 04/02/2009<br>Office supplies and decor | | | | 268.00 |
| ACCOUNT NO.<br><br>Federal Express<br>PO Box 7221<br>Pasadena, CA 91109 | | | 12/11/2009<br>Delivery services | | | | 62.00 |
| ACCOUNT NO.<br><br>Garnett Hall<br>PO Box 570245<br>Las Vegas, NV 89157 | | | 12/31/2007<br>Money loaned to company for operating expenses | | | | 293,246.00 |
| ACCOUNT NO.<br><br>The Hartford Group<br>PO BOx 2907<br>Hartford, CT 06104 | | | 10/01/2009<br>Financial services | | | | 45,753.00 |
| ACCOUNT NO.<br><br>Haycock Petroleum Co.<br>715 W. Bonanza<br>Las Vegas, NV 89106 | | | 08/17/2009<br>Fuel for company vehicles | | | | 648.00 |

Sheet no. __3__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $  339,977.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Executive Plastering, Inc.                    ,          Case No.  09-33776
_____
        **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ken Holt<br>3172 N. Rainbow #256<br>Las Vegas, NV 89108 | | | 12/31/2007<br>Money loaned to company for operating expenses | | | | 351,291.00 |
| ACCOUNT NO.<br><br>Ikon Office Solutions<br>PO Box 31001-0850<br>Pasadena, CA 91110 | | | 09/30/2009<br>Office equipment and maintenance | | | | 81.00 |
| ACCOUNT NO.<br><br>Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH  44194 | | | 06/01/2009<br>Financial services | | | | 3,497.00 |
| ACCOUNT NO.<br><br>Leavitt Insurance Agency<br>7881 W. Charleston #140<br>Las Vegsa, NV 89117 | | | 12/01/2009<br>Bond | | | | 1.00 |
| ACCOUNT NO.<br><br>Metro Lift Propane<br>3376 S. Eastern Ave. #188D<br>Las Vegas, NV 89103 | | | Propane and supplies | | | | 31.00 |

Sheet no. __4__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  354,901.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Executive Plastering, Inc.                    ,          Case No.  09-33776
_____                        _____
                    **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MGC Communications<br>3301 N. Buffalo<br>Las Vegas, NV 89129 | | | Internet & communications | | | | 100.00 |
| ACCOUNT NO.<br><br>NV Energy<br>PO Box 30086<br>Reno, NV 89520 | | | Utilities | | | | 2,073.00 |
| ACCOUNT NO.<br><br>Staples Business Advantage<br>PO Box 83689<br>Chicago, IL 60696 | | | 12/05/2009<br>Office supplies | | | | 269.00 |
| ACCOUNT NO.<br><br>Storage One @ Anthem<br>2402 Atchley Dr.<br>Henderson, NV 89052 | | | 08/15/2009<br>Storage for company property | | | | 855.00 |
| ACCOUNT NO.<br><br>Tomarco Fastening Systems<br>14848 Northam St.<br>La Mirada, CA 90638 | | | 09/18/2009<br>Tools and equipment | | | | 6,042.00 |

Sheet no. __5__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 9,339.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Executive Plastering, Inc.                    ,     Case No.   09-33776
          **Debtor**                                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Tower Builders <br> 220 Commerce Park Ct. <br> North Las Vegas, NV 89032 | | | 12/01/2009 <br> Materials for use on projects | | | | 59,946.00 |
| ACCOUNT NO. <br><br> U-Haul Center <br> 160 W. Craig Rd. <br> North Las Vegas, NV 89032 | | | 04/15/2009 <br> Equipment and rentals | | | | 514.00 |
| ACCOUNT NO. <br><br> UNIFIRST <br> 568 Parkson Rd. <br> Henderson, NV 89015 | | | 12/02/2009 <br> Services and materials | | | | 434.00 |
| ACCOUNT NO. <br><br> WINROC <br> 3775 E. Sahara Ave. <br> Las Vegas, NV 89104 | | | 11/02/2009 <br> Materials for use on projects | | | | 27,744.00 |
| ACCOUNT NO. <br><br> | | | This space intentionally left blank. | | | | 0.00 |

Sheet no. __6__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $     88,638.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Executive Plastering, Inc.                    ,          Case No.   09-33776
                      **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Destination at Tierra de LV<br>3037 E. Warm Springs #100<br>Las Vegas, NV 89102 | | | 11/03/2004  Construction defect lawsuit A494638 consolidated with A506374. (3rd party def.) | X | X | X | 1,000.00 |
| ACCOUNT NO.<br>Kaslly Family Rev. Trust<br>231 S. 3rd St., #130<br>Las Vegas, NV 89101 | | | 07/27/2005  Construction defect lawsuit A507598. Debtor is defendant/cross-defendant | X | X | X | 1,000.00 |
| ACCOUNT NO.<br>Chateau Properties I LLC<br>2810 W. Charleston #G67<br>Las Vegas, NV 89102 | | | 11/27/2006  Construction defect lawsuit A532047. Debtor is a 3rd party defendant. | X | X | X | 1,000.00 |
| ACCOUNT NO.<br>Chateau Properties II LLC<br>2810 W. Charleston #G67<br>Las Vegas, NV 89102 | | | 02/16/2007  Construction defect lawsuit A536343. Debtor is a 3rd party defendant | X | X | X | 1,000.00 |
| ACCOUNT NO.<br>Amec Infrastructure Inc.<br>10785 W. Twain #200<br>Las Vegas, NV 89135 | | | 07/13/2007  Breach of contract/construction lawsuit A544564.  Debtor is a 3rd party defendant | X | X | X | 1,000.00 |

Sheet no. __7__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $                5,000.00

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Executive Plastering, Inc. _____ ,     Case No.   09-33776 _____

         **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PN II Inc.<br>300 S. 4th Street #500<br>Las Vegas, NV 89101 | | | 04/28/2008 Construction defect lawsuit A561936. Debtor is a 3rd party defendant | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Greystone Nevada LLC<br>7251 W. Lake Mead Blvd #50<br>Las Vegas, NV 89128 | | | 06/23/2008 Construction defect lawsuit A565887. Debtor is a 3rd party defendant | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Joseph Ziemianin et al<br>415 S. Sixth St. #100<br>Las Vegas, NV 89101 | | | 08/15/2008 Construction defect lawsuit A569712. Debtor is a defendant. | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Camco Pacific<br>701 N. Green Valley #110<br>Henderson, NV 89074 | | | 09/09/2008 Lawsuit A580889 and consolidated cases. Debtor is a counter-defendant | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Centex Homes<br>3930 H Hughes Pkwy #200<br>Las Vegas, NV 89169 | | | 10/03/2008 Negligence lawsuit A572972. Debtor is a defendant | X | X | X | 1,000.00 |

Sheet no. __8__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                      Subtotal➤    $          5,000.00

                                                 Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Executive Plastering, Inc.                    ,          Case No.  09-33776
_____                    _____
**Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>William Lyon Homes<br>4560 S. Decatur #201<br>Las Vegas, NV 89103 | | | 02/03/2009  Construction defect lawsuit A581752. Debtor is a 3rd party defendant | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Del Webb Communities Inc<br>300 S. Fourth St. #500<br>Las Vegas, NV 89101 | | | 03/05/2009  Construction defect lawsuit A584403. Debtor is a 3rd party defendant | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Del Webb Communities Inc<br>300 S. Fourth St. #500<br>Las Vegas, NV 89101 | | | 04/06/2009  Construction defect lawsuit A587112. Debtor is a 3rd party defendant | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Amarilys Gordon et. al.<br>2881 Business Park Ct #210<br>Las Vegas NV 89128 | | | 05/21/2009  Construction defect lawsuit A590870. Debtor is a defendant | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Terravita Home Construction<br>300 S. Fourth St. #500<br>Las Vegas, NV 89101 | | | 05/29/2009  Construction defect lawsuit A591380. Debtor is a 3rd party defendant | X | X | X | 1,000.00 |

Sheet no.  9  of  10   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $      5,000.00

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Executive Plastering, Inc.</u> ,     Case No.  <u>09-33776</u>
               **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank of America Home Loan<br>400 S. 4th Street 3rd Floor<br>Las Vegas, NV 89101 | X | | 08/20/2009 Breach of contract lawsuit A597641. Debtor is a defendant. | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Childrens 1971 Trust<br>810 S. Casino Center Blvd.<br>Las Vegas, NV 89101 | X | | 10/26/2009 Breach of contract lawsuit A602391. Debtor is a dba defendant. | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Del Webb Communities Inc.<br>300 S. 4th Street #500<br>Las Vegas, NV 89101 | | | 11/30/2009 Construction defect lawsuit. Debtor is a defendant | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Platte River Insurance Co.<br>1540 W. Warm Springs #100<br>Hendeson, NV 89014 | | | 12/08/2009 Civil lawsuit A605284. Debtor is a defendant. | X | X | X | 1,000.00 |
| ACCOUNT NO.<br><br>Key Equipment Finance, Inc.<br>2800 N. Central, #1800<br>Phoenix, AZ 85004 | X | | 12/01/2009 Civil lawsuit CV-2009-035854 in Maricopa County, AZ. Breach of contract case. | X | X | X | 1,000.00 |

Sheet no. <u>10</u> of <u>10</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $     5,000.00

Total➤   $     1,509,282.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Executive Plastering, Inc. _____ ,    Case No. 09-33776 _____
         **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Excalibur Leasing<br>220 Commerce Park Ct.<br>North Las Vegas, NV 89032 | Leased scaffolding for use on job sites for approximately $30,000 per month, paid in weekly installments. |
| Ikon Office Solutions<br>PO Box 31001-0850<br>Pasadena, CA 91110 | Leased office equipment |
| Tower Builders<br>220 Commerce Park Ct.<br>North Las Vegas, NV 89032 | Sub-leases for non-residential real property: office and warehouse space at 3656 N. Rancho, 3616 N. Rancho, 220 Commerce Park Ct., 221 Commerce Park Ct., and 6967 Speedway Blvd. #AA105. |
| TCR Nevada Construction LP<br>c/o Kutak Rock<br>8601 North Scottsdale Rd. #300<br>Scottsdale, AZ 85253 | Contracts to perform lath & plaster work at Craig & Allen construction site and St. Rose & Maryland job site (both in Las Vegas). Craig contract is substantially complete; patch work left. |
| See continuation sheet 1 of 1. | |
| | |

**In re: Executive Plastering, Inc.**                    **Case No.   09-33776-bam**

**CONTINUATION TO SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

| NAME AND MAILING ADDRESS INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| Del Webb Corp. – Sun City Anthem<br>8345 W. Sunset Rd.<br>Las Vegas, NV 89113 | Construction subcontract for installation of drywall, lath, and plaster. |
| Dax Contracting, LLC<br>2450 Chandler Ave. #7<br>Las Vegas, NV 89120 | Construction subcontract for installation of drywall, lath, and plaster. |
| Lennar Homes dba Greystone<br>3765 E. Sunset Rd.<br>Las Vegas, NV 89120 | Construction subcontract for installation of drywall, lath, and plaster. |
| Pulte Building Systems<br>2900 E. Lone Mountain Rd.<br>North Las Vegas, NV 89081 | Construction subcontract for installation of drywall, lath, and plaster. |
| Plaster Development Co., Inc.<br>801 S. Rancho Dr. Ste. E4<br>Las Vegas, NV 89106 | Construction subcontract for installation of drywall, lath, and plaster. |
| Rhodes Homes<br>4730 S. Fort Apache Rd.<br>Las Vegas, NV 89147 | Construction subcontract for installation of drywall, lath, and plaster. |
| Fairfield Development<br>29675 N. North Valley Pkwy.<br>Phoenix, AZ 85085 | Construction subcontract for installation of drywall, lath, and plaster. |
| Trammell Crow Residential<br>9330 W. Martin Ave. #200<br>Las Vegas, NV 89148 | Construction subcontract for installation of drywall, lath, and plaster. |
| William Lyon Homes<br>500 Pilot Rd.<br>Las Vegas, NV 89119 | Construction subcontract for installation of drywall, lath, and plaster. |

**Schedule G Continuation Sheet 1 of 1**

B 6H (Official Form 6H) (12/07)

In re  Executive Plastering, Inc.                ,          Case No.  09-33776-bam
                        **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cobra Plastering<br>2415 E. Camelback #700<br>Phoenix, AZ  85016 | SMS Financial, LLC<br>2645 North 7th Avenue<br>Phoenix, Arizona 85007 |
| Garnett K. Hall<br>PO Box 570245<br>Las Vegas, NV 89157 | SMS Financial, LLC<br>2645 North 7th Avenue<br>Phoenix, Arizona 85007 |
| Kenneth D. Holt<br>3172 N. Rainbow #256<br>Las Vegas, NV 89108 | SMS Financial, LLC<br>2645 North 7th Avenue<br>Phoenix, Arizona 85007 |
| Excalibur Leasing<br>220 Commerce Park Ct.<br>North Las Vegas, NV 89032 | SMS Financial, LLC<br>2645 North 7th Avenue<br>Phoenix, Arizona 85007 |
| Tower Builders, LLC<br>220 Commerce Park Ct.<br>North Las Vegas, NV 89032 | SMS Financial, LLC<br>2645 North 7th Avenue<br>Phoenix, Arizona 85007 |
| Garnett K. Hall<br>PO Box 570245<br>Las Vegas, NV 89157 | American Express<br>PO Box 0001<br>Los Angeles, CA  90096 |
| See continuation sheet 1 of 1. | |
| | |

**In re: Executive Plastering, Inc.**                    **Case No.   09-33776-bam**

**CONTINUATION TO SCHEDULE H – CODEBTORS**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Tower Builders<br>220 Commerce Park Ct.<br>North Las Vegas, NV 89032 | Childrens 1971 Trust<br>640 Palkau St.<br>Honolulu, HI  96816 |
| Excalibur Leasing<br>220 Commerce Park Ct.<br>North Las Vegas, NV 89032 | Bank of America Home Loan<br>400 S. 4th Street  3rd Floor<br>Las Vegas, NV 89101 |
| Garnett K. Hall<br>PO Box 570245<br>Las Vegas, NV 89157 | Bank of America Home Loan<br>400 S. 4th Street  3rd Floor<br>Las Vegas, NV 89101 |
| Kenneth D. Holt<br>3172 N. Rainbow #256<br>Las Vegas, NV 89108 | Bank of America Home Loan<br>400 S. 4th Street  3rd Floor<br>Las Vegas, NV 89101 |
| Tower Builders<br>220 Commerce Park Ct.<br>North Las Vegas, NV 89032 | Childrens 1971 Trust<br>810 S. Casino Center Blvd.<br>Las Vegas, NV 89101 |
| Garnett K. Hall<br>PO Box 570245<br>Las Vegas, NV 89157 | Childrens 1971 Trust<br>810 S. Casino Center Blvd.<br>Las Vegas, NV 89101 |
| Cobra Plastering<br>2415 E. Camelback #700<br>Phoenix, AZ  85016 | Key Equipment Finance, Inc.<br>2800 N. Central, #1800<br>Phoenix, AZ  85004 |

[THIS SPACE INTENTIONALLY LEFT BLANK.]

**Schedule H Continuation Sheet 1 of 1**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Executive Plastering, Inc.             ,          Case No.  09-33776-bam
_____                    _____
Debtor                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __30__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                              Debtor

Date _____          Signature: _____
                                                                     (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                      Social Security No.
of Bankruptcy Petition Preparer                                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Secretary                          [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Executive Plastering, Inc.          [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  30   sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  01/22/2010                         Signature: _____

                                                          Kenneth D. Holt
                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.