## * * § 362 INFORMATION COVER SHEET * *

EXECUTIVE PLASTERING, INC.  
DEBTOR  
DEL WEBB COMMUNITIES, INC.  
MOVANT

Case No: 09-33776  
CHAPTER: 7

MOTION #: 173

### Certification of Attempt to Resolve the Matter Without Court Action:
Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.  
Date: 6/1/10        Signature: [signature]  
                                        Attorney for Movant

PROPERTY INVOLVED IN THIS MOTION: -NONE  
NOTICE SERVED ON:   Debtor(s) ✓   ; Debtor's counsel ✓   ; Trustee ✓   ;  
DATE OF SERVICE: 5/28/2010

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS:<br>1st _____<br>2nd _____<br>3rd _____<br>4th _____<br>Other: _____<br>Total Encumbrances: _____<br><br>APPRAISAL of OPINION as to VALUE: | The EXTENT and PRIORITY of LIENS:<br>1st _____<br>2nd _____<br>3rd _____<br>4th _____<br>Other: _____<br>Total Encumbrances: _____<br><br>APPRAISAL of OPINION as to VALUE: |
| TERMS of MOVANT'S CONTRACT with the DEBTOR(S):<br><br>Amount of Note: _____<br>Interest Rate: _____<br>Duration: _____<br>Payment per Month: _____<br>Date of Default: _____<br>Amount in Arrears: _____<br>Date of Notice of Default: _____<br>SPECIAL CIRCUMSTANCES:<br><br>SUBMITTED BY: _____ | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT :<br>.<br>.<br>.<br>.<br>.<br>.<br>SPECIAL CIRCUMSTANCES:<br><br>SUBMITTED BY: _____<br>SIGNATURE: _____ |