**Entered on Docket**
**July 02, 2010**

*Bruce A. Markell*
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

JASON W. WILLIAMS, ESQ.
Nevada Bar No. 8310
MARK F. ROACH, ESQ.
Nevada Bar No. 8237
RICHARD D. YOUNG
Nevada Bar No. 011331
KOELLER, NEBEKER, CARLSON
& HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Attorneys for Movant,
Del Webb Communties, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>EXECUTIVE PLASTERING, Inc.<br><br>       Debtor<br><br>_____ | ) CASE NO:   BK-S-09-33776 BAM<br>)<br>) CHAPTER: 7<br>)<br>)<br>) **ORDER TERMINATING**<br>) **AUTOMATIC STAY**<br>)<br>) _____<br>) |

Hearing Date: June 29, 2010
Hearing Time: 1:30 p.m.
Estimated Time: 10 minutes

     Del Webb Communities, Inc.'s Motion for Relief from Automatic Stay having been

properly served, with no opposition filed herein, the Court makes its Order as follows:

73831_1

Page 1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is hereby terminated in favor of Del Webb Communities, Inc., (hereinafter "Del Webb") as it pertains to Del Webb's prosecution of claims against Debtor Executive Plastering, Inc., in the following actions:

- *Del Webb Communities, Inc., v. Adams Brothers Interiors of Nevada et. al., Clark County District Court Case No.: A604438*
- *Fisher et. al v. Del Webb Communities, Inc., Clark County District Court Case No.: A559767*
- *Sun City Anthem Community Association v. Del Webb Communities, Inc., Clark County District Court Case No.: A608708*
- *Jacobsen v. Del Webb Communities, Inc., prelitigation matter pursuant to NRS 40.600 et. seq., for 2580 Deora Way, Henderson, Nevada*

IT IS FURTHER ORDERED that Del Webb be and hereby is allowed to assert its claims against the liability insurance policies of Executive Plastering.  In the event that Del Webb obtains a judgment against Executive Plastering or otherwise resolves any of the above-mentioned actions, Del Webb may obtain insurance proceeds from Executive Plastering's policies without any further approval of this Court.

IT IS SO ORDERED.

DATED this 1st day of July, 2010.

Submitted by:

KOELLER NEBEKER CARLSON & HALUCK, LLP

JASON W. WILLIAMS, ESQ.
Nevada Bar No. 8310
MARK F. ROACH, ESQ.
Nevada Bar No. 8237
RICHARD D. YOUNG
Nevada Bar No. 011331
Attorneys for Del Webb Communities, Inc.

###

1

2

*In Re Executive Plastering, Inc.*
United States Bankruptcy Court, Case No. BK-S-09-33776-BAM

3

**CERTIFICATE OF SERVICE**

4

5

I hereby certify that on _____, 2010, I served a true and correct copy of the above

and forgoing ORDER TERMINATING AUTOMATIC STAY via U.S. Mail, postage prepaid,

6

to the last known address of:

7

8

9

    WILLIAM A. LEONARD
    Chapter 7 Trustee
    6625 S. Valley View, #224
    Las Vegas, Nevada 89118

10

11

12

                      _____
                      An Employee of Koeller Nebeker Carlson &
                      Haluck, LLP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

73831_1

# CERTIFICATION PURSUANT TO LR 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

____ The court has waived the requirement of approval under LR 9021.

____ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below

_X_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

KOELLER NEBEKER CARLSON & HALUCK, LLP

JASON W. WILLIAMS, ESQ.
Nevada Bar No. 8310
MARK F. ROACH, ESQ.
Nevada Bar No. 8237
RICHARD D. YOUNG
Nevada Bar No. 011331
Attorneys for Del Webb Communities, Inc.