**WILLIAM A. LEONARD, JR.**
6625 S. Valley View Blvd.
Bldg. B, Suite 224
Las Vegas, NV 89118
(702) 262-9322
TRUSTEE

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>EXECUTIVE PLASTERING, INC.<br><br><br>Debtor(s). | CASE NO. BK-S 09-33776 BAM<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>TRUSTEE'S NOTICE OF ASSETS AND NOTICE TO FILE CLAIMS |

NOTICE IS HEREBY GIVEN, pursuant to Bankruptcy Rule 3002(c)(5), that the Trustee has found assets in this bankruptcy estate from which a payment of a dividend appears possible. Any creditor holding a claim against the above-entitled estate may file a proof of claim in the **Office of the Clerk of the Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101**.

NOTICE IS FURTHER GIVEN that to be considered for a dividend in accordance with the Rule, a proof of claim must be filed within ninety (90) days after the date of mailing of this notice. The last date to file claims is **03/14/11**.

NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(7), after the expiration of the claims bar date in a Chapter 7 case, all notices required by Fed R. Bank P. 2002(a), except Fed. R. Bank. P. 2002(a)(4), may be mailed only to creditors whose claims have been filed with the Clerk of the Court and to creditors, if any, who are permitted to file claims by reason of an extension granted under Fed. R. Bank. P. 3002(c)(6).

DATED:     December 9, 2010

                                                              */s/ William A. Leonard, Jr.*
                                                              William A. Leonard, Jr., Trustee

**NOTE: CLAIMS ARE TO BE FILED AT THE U.S. BANKRUPTCY COURT, 300 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NEVADA 89101**
**CLAIMS NOT FILED BY THE BAR DATE ARE GENERALLY NOT ALLOWED.**

*Filed electronically December 9, 2010*

Case 09-33776-btb    Doc 263    Entered 12/10/10 09:53:49    Page 2 of 4

| UNITED STATES BANKRUPTCY COURT-DISTRICT OF NEVADA | PROOF OF CLAIM  -CHAPTER  7 |
|---|---|

| Name of Debtor<br>**Executive Plastering, Inc.** | Case Number<br>**09-33776 BAM** | (*This space for court use*) |
|---|---|---|

**NOTE:** This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case.  A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503..

| Name of Creditor (The person or other entity to whom the debtor owes money or property) | [] Check box if you are aware that   anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>[] Check box if you have never received any notices from the bankruptcy court in this case.<br>[] Check box if the address differs   from the address on the envelope sent to you by the court. | (*This space for court use*) |
|---|---|---|
| Name & address where notices should be sent: | | |
| Telephone number: (         ) | | |

| Account or other number by which creditor identifies debtor: | Check here if this claim<br>       [] replaces       [] amends a previously filed claim, dated _____ |
|---|---|

**1. BASIS FOR CLAIM**
- [] Goods sold
- [] Services performed
- [] Money loaned
- [] Personal injury/wrongful death
- [] Taxes
- [] Other _____

- [] Retiree benefits as defined in 11 U.S.C. § 1114(a)
- [] Wages, salaries, and compensation (FILL OUT BELOW)
   Last four digits of your Social Security #_____
   Unpaid compensation for services performed from
   (date)_____To_____(date)

**2. Date debt was incurred:**          **3. If court judgment, date obtained:**

**4. Total claim at time case filed:** $_____(Unsecured) $_____(Secured) $_____(Priority)  $_____(Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   [] Check this box if claim includes interest, or other charges in addition to the principal amount of the claim.  Attach an itemized statement
      of all interest or additional charges.

**5. Secured Claim.**
   [] Check this box if your claim is secured by collateral (including a right of setoff)

   Brief description of collateral:
   []  Real Estate      []  Motor Vehicle
   []  Other _____
   Value of collateral: $_____

   Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any:
          $_____

**6. Unsecured Non Priority Claim**

**7. Unsecured Priority Claim.**
   [] Check this box if you have an unsecured priority claim.
      Amount entitled to priority $_____
      *Specify the priority of the claim:*
   [] Wages, salaries, or commissions up to **$4,925*** earned within 90 days
      before filing of the bankruptcy petition, or cessation of the debtor's
       business, whichever is earlier- 11 U.S.C. § 507(a)(3)
   [] Contributions to an employee benefit plan.- 11 U.S.C. § 507(a)(4)
   [] Up to **$2,225*** of deposits toward purchase, lease or rental of property
      or services for personal, family or household use- 11 U.S.C. § 507(a)(6)
   [] Alimony, maintenance, or support owed to a spouse, former spouse, or
      child- 11 U.S.C. § 507(a)(7)
   [] Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8)
   [] OTHER-Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
**\*Amounts are subject to adjustment on 4/1/07 and every three years thereafter with respect to cases commenced on or after the date of adjustment.**

8.   **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9.   **Supporting documents:** *Attach copies of supporting documents,* such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the  documents are voluminous, attach a summary.
10.  **Date-Stamped copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

(*This space for court use*)

**Date:**                    **Sign and print the name and title**, if any, of the creditor or other person
                    authorized to file this claim (attach copy of power of attorney, if any):

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18  U.S.C. §§ 152 & 3571

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ---DEFINITIONS---

### *Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### *Creditor*

A creditor is any person, corporation or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### *Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### *Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

### *Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### *Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**

Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor's account number, if any. If anyone else has already field a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if you address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**

Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**

Fill in the date when the debt was first owed by the debtor.

**3. Court Judgments:**

If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**

Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**

Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of you r lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Non Priority Claim:**

The most common types of priority claims are listed on the proof of claim form. (See DEFINITIONS, above).

**7. Unsecured Priority Claim:**

Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**

By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**

You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**FORM B10** (Official Form 10)(04/04)