Entered on Docket
December 10, 2010

*Bruce A. Markell* (signature)

Hon. Bruce A. Markell
United States Bankruptcy Judge

DAVID S. LEE, ESQ.
Nevada Bar No. 6033
CHARLENE N. RENWICK, ESQ.
Nevada Bar No. 10165
**LEE, HERNANDEZ, BROOKS,
GAROFALO & BLAKE, APC**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
(702) 880-9750
Fax: (702) 314-1210
dlee@lee-lawfirm.com
crenwick@lee-lawfirm.com

Attorneys for Movants,
CENTEX HOMES; CENTEX
REAL ESTATE CORPORATION;
NOMAS CORP.; and PN II, INC.,
d.b.a. PULTE HOMES OF NEVADA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:   Executive Plastering, Inc. | **Case No.:** BK-S 09-33776-BAM<br>**Chapter 7** |
| Debtor | Hearing Date: November 23, 2010<br>Hearing Time: 9:00 a.m. |

### ORDER GRANTING MOTION TO LIFT AUTOMATIC STAY

Movants, Centex Homes, Centex Real Estate Corporation, Nomas Corp., and PN II, Inc., d.b.a. Pulte Homes of Nevada (hereinafter referred to as "Movants"), by and through their attorneys, LEE, HERNANDEZ, BROOKS, GAROFALO & BLAKE, having filed a Motion for Relief From Bankruptcy Stay as to Executive Plastering, Inc., said Motion having come on for hearing before the Bankruptcy Court on the 23rd day of November, 2010, and the Court having reviewed the Motion,

1  the points and authorities in support and the pleadings and papers on file, and good cause appearing
2  therefor:
3      **IT IS HEREBY ORDERED** that Movants' Motion for Relief From Bankruptcy Stay as to
4  Executive Plastering, Inc. is hereby **GRANTED** pursuant to 11 U.S.C. §362(d)(1).
5      **DATED** this ___9th___ day of December, 2010.
6  Submitted by:

7  **LEE, HERNANDEZ, BROOKS,**
   **GAROFALO & BLAKE, APC**

_____
DAVID S. LEE, ESQ.
Nevada Bar No. 6033
CHARLENE N. RENWICK, ESQ.
Nevada Bar No. 10165
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
(702) 880-9750
Fax: (702) 314-1210

**Attorneys for Movants,**
CENTEX HOMES; CENTEX
REAL ESTATE CORPORATION;
NOMAS CORP.; and PN II, INC.,
d.b.a. PULTE HOMES OF NEVADA

2

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____    The court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below. This is a chapter 7 or 13 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| **ATTORNEY FOR MOVANTS:**<br><br>Charlene N. Renwick, Esq.<br>Lee Hernandez, Brooks, Garofalo & Blake<br>7575 Vegas Drive, #150<br>Las Vegas, Nevada 89128 | X |  |  |
| **ATTORNEY FOR TRUSTEE:**<br><br>Adam P. Bowler, Esq.<br>Timothy S. Cory & Associates<br>8831 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Email: adam.bowler@corylaw.us |  |  | X |

3