|   |   |
|---|---|
| 1 | ELLSWORTH, MOODY & BENNION, CHTD. |
| 2 | Keen L. Ellsworth, Esq.<br>Nevada Bar No. 4981 |
| 3 | Andrew D. Smith, Esq.<br>Nevada Bar No. 8890 |
| 4 | 7881 W. Charleston Blvd., Suite 210<br>Las Vegas, NV 89117 |
| 5 | Tel: (702) 658-6100<br>asmith@emblaw.com |
| 6 | *Attorneys for Debtor* |



UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

| In re: | Case No.: 09-33776-bam |
|---|---|
| EXECUTIVE PLASTERING, INC., | Chapter: 7 |
| Debtor. | Filed Electronically |
|  | Hearing Date: February 15, 2011 |
|  | Time: 1:30 p.m. |

**NOTICE OF NON-OPPOSITION TO PN, II, INC. d.b.a. PULTE HOMES OF NEVADA'S MOTION FOR RELIEF FROM BANKRUPTCY STAY**

NOTICE IS HEREBY GIVEN that the debtor, Executive Plastering, Inc., does not oppose PN II, Inc. d.b.a. Pulte Homes of Nevada's Motion for Relief from Automatic Stay pursuant to the following conditions:

That such relief from the Automatic Stay shall be specifically and integrally conditioned upon recovery and/or contribution in Action, against Debtor/Respondent, shall come from Debtor/Respondent's insurance coverage, and not from the assets of Debtor/Respondent's bankruptcy estate. Furthermore, that Movants must waive any

///

///

///

and all claims arising from, or related to, the Action they, and each of them, may have against the Debtor/Respondent's bankruptcy estate, if any.

Dated this 28th day of January, 2011.

ELLSWORTH, MOODY & BENNION

By: /s/ Andrew D. Smith
ANDREW D. SMITH, ESQ.
Nevada Bar No. 8890
7881 W. Charleston Blvd., Suite 210
Las Vegas, NV 89117
Tel: (702) 658-6100
Fax: (702) 658-2502
Asmith@emblaw.com
*Attorneys For Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of eighteen years and I am an employee of ELLSWORTH, MOODY & BENNION. On the 28th day of January, 2011, a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO PN II, INC. d.b.a. PULTE HOMES OF NEVADA'S MOTION FOR RELIEF FROM AUTOMATIC STAY** was sent to all parties who have appeared in this case, via CM/ECF electronic transmission on the attached electronic mail notice list.

/s/ Brandy Goodwin
Employee of ELLSWORTH, MOODY & BENNION

