**Entered on Docket**
**April 04, 2011**

*Bruce A. Markell*
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

DAVID S. LEE, ESQ.
Nevada Bar No. 6033
CHARLENE N. RENWICK, ESQ.
Nevada Bar No. 10165
KELLY L. KINDELAN, ESQ.
Nevada Bar No. 10387
**LEE, HERNANDEZ, LANDRUM,
GAROFALO & BLAKE, APC**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
(702) 880-9750
Fax: (702) 314-1210
dlee@lee-lawfirm.com
crenwick@lee-lawfirm.com
kkindelan@lee-lawfirm.com

Attorneys for Movant,
PN II, INC., d.b.a. PULTE HOMES OF NEVADA

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:   Executive Plastering, Inc. | Case No.:   BK-S 09-33776-BAM<br>**Chapter 7** |
| Debtor | **ORDER GRANTING MOTION FOR RELIEF FROM BANKRUPTCY STAY**<br><br>Hearing Date:   March 22, 2011<br>Hearing Time:   1:30 p.m. |

### ORDER GRANTING MOTION FOR RELIEF FROM BANKRUPTCY STAY

Movant, PN II, Inc., d.b.a. Pulte Homes of Nevada (hereinafter referred to as "Movant"), by and through its attorneys, LEE, HERNANDEZ, LANDRUM, GAROFALO & BLAKE, APC, having filed a Motion for Relief from Bankruptcy Stay as to Executive Plastering, Inc., said Motion having come on for hearing before the Bankruptcy Court on the 22nd day of March, 2011, and the Court having reviewed the Motion, the points and authorities in support and the pleadings and papers on

1 | file, and good cause appearing therefor:

2 | **IT IS HEREBY ORDERED** that Movant's Motion for Relief from Bankruptcy Stay as to

3 | Executive Plastering, Inc. is hereby **GRANTED** pursuant to 11 U.S.C. §362(d)(1).

4 | **DATED** this 24 day of March, 2011.

5 | Submitted by:

6 | **LEE, HERNANDEZ, LANDRUM,
GAROFALO & BLAKE, APC**

[signature]

DAVID S. LEE, ESQ.
Nevada Bar No. 6033
CHARLENE N. RENWICK, ESQ.
Nevada Bar No. 10165
KELLY L. KINDELAN, ESQ.
Nevada Bar No. 10387
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
(702) 880-9750
Fax: (702) 314-1210

Attorneys for Movant,
PN II, INC., d.b.a. PULTE HOMES OF NEVADA

1  In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____ The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| COUNSEL APPEARING:<br>Charlene N. Renwick, Esq.<br>Lee, Hernandez, Landrum,<br>Garofalo & Blake, APC<br>7575 Vegas Drive, #150<br>Las Vegas, Nevada 89128 | X |  |  |
| UNREPRESENTED PARTIES APPEARING:<br>None |  |  |  |
| ATTORNEY FOR TRUSTEE:<br>Adam P. Bowler, Esq.<br>Timothy S. Cory & Associates<br>8831 West Sahara Avenue<br>Las Vegas, Nevada 89117 |  |  | X |
| No additional Service required |  |  |  |

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

3