**Entered on Docket**
**May 16, 2011**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

**ORDR**
JASON W. WILLIAMS, ESQ.
Nevada Bar No. 8310
RICHARD D. YOUNG, ESQ.
Nevada Bar No. 11331
CASSANDRA S. CUMMINGS, ESQ.
Nevada Bar No. 11944
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 S. Fourth St., Suite 500
Las Vegas, NV 89101
jason.williams@knchlaw.com
Phone: (702) 853-5500
Fax: (702) 853-5599
Attorneys for Movants,
GREYSTONE NEVADA LLC DBA
GREYSTONE HOMES and PN II, INC.

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) CASE NO: 09-33776-bam |
| | ) |
| EXECUTIVE PLASTERING, INC., | ) CHAPTER: 7 |
| | ) |
| | ) **ORDER GRANTING MOTION FOR** |
| | ) **RELIEF FROM AUTOMATIC STAY** |
| Debtor. | ) |
| | ) Hearing Date: May 3, 2011 |
| | ) Hearing Time: 1:30 p.m. |
| | ) Estimated Time: 10 minutes |

### ORDER GRANTING MOTION FOR RELIEF FROM BANKRUPTCY STAY

Movants' Greystone Nevada LLC dba Greystone Homes' and PN II, Inc. (hereinafter

collectively referred to as "Movants") Motion for Relief from Automatic Stay as to Executive

1  Plastering, Inc., having come on for hearing before the Bankruptcy Court on the 3rd day of May,

2  2011, and the Court having reviewed the Motion, the points and authorities in support and the

3  pleadings and papers on file, being fully advised in the premises and good cause appearing,

4      **IT IS HEREBY ORDERED**, Movants' Motion to Lift Automatic Stay as to Executive

5  Plastering, Inc. is hereby **GRANTED** pursuant to 11 USC § 362(d)(1).

6      **IT IS FURTHER ORDERED** that the automatic stay imposed by 11 U.S.C. §362 in

7  the above-referenced Chapter 7 bankruptcy proceeding is lifted so as to allow Movants to

8  assert their claims against the liability insurance policies of Debtor.

9      The lift of the automatic stay as granted by this Order is subject to the following

10  conditions:

11      1.  Debtor's insurance company defending it in the above-referenced litigations/claims;

12      2.  Debtor's insurance company not looking to Bankruptcy Estate to pay any funds for

13          costs or defense;

14      3.  Movants waive any right to the funds in the Bankruptcy Estate and are only looking

15          to the insurance policy proceeds; and

16  \\\

17  \\\

18  \\\

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28

88105

4.  Movants' recovery by way of settlement or Judgment shall be limited to monetary coverage provided by Debtor's applicable insurance policies.

Dated this 12th day of May, 2011.

Submitted by:

KOELLER NEBEKER CARLSON &
HALUCK, LLP

BY: _____
JASON W. WILLIAMS, ESQ.
Nevada Bar No. 8310
RICHARD D. YOUNG, ESQ.
Nevada Bar No. 11331
CASSANDRA S. CUMMINGS, ESQ.
Nevada Bar No. 11944
300 S. Fourth St., Suite 500
Las Vegas, NV 89101
Attorney for Movants, GREYSTONE
NEVADA LLC DBA GREYSTONE
HOMES and PN II, INC.

88105

In accordance with LR 9021, counsel submitting this document certifies as follows:

\_\_\_ The court has waived the requirement of approval under LR 9021.

\_\_\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_X\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By: _____

JASON W. WILLIAMS, ESQ.
Nevada Bar No. 8310
RICHARD D. YOUNG, ESQ.
Nevada Bar No. 11331
CASSANDRA S. CUMMINGS, ESQ.
Nevada Bar No. 11944
300 S. Fourth St., Suite 500
Las Vegas, NV 89101
Attorney for Movants, GREYSTONE NEVADA LLC DBA GREYSTONE HOMES and PN II, INC.