


Honorable Bruce A. Markell
United States Bankruptcy Judge

**Entered on Docket
June 21, 2012**

RICHARD D. YOUNG, ESQ.
Nevada Bar No. 11331
CASSANDRA S. CUMMINGS, ESQ.
Nevada Bar No. 11944
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 S. Fourth St., Suite 500
Las Vegas, NV  89101
richard.young@knchlaw.com
Phone:  (702) 853-5500
Fax:   (702) 853-5599
Attorneys for Movants
DEL WEBB COMMUNITIES, INC.,
GREYSTONE NEVADA LLC, PN II, INC.
dba PULTE HOMES OF NEVADA,
PULTE BUILDING SYSTEMS,
PULTE HOME CORPORATION and
US HOME CORPORATION

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO:  09-33776-bam |
| EXECUTIVE PLASTERING, INC. | ) CHAPTER  7 |
| | ) ORDER GRANTING MOTION FOR |
| | ) RELIEF FROM STAY |
| Debtor. | ) |
| | ) Hearing Date:   June 5, 2012 |
|  | ) Hearing Time:   1:30 p.m. |

This matter having been heard on the 5th day of June, 2012; the Court having reviewed and considered the Motion for Relief from Stay dated May 2, 2012, (hereinafter referred to as

141088

1  "the Motion") brought by DEL WEBB COMMUNITIES, INC., GREYSTONE NEVADA LLC,
2  PN II, INC. dba PULTE HOMES OF NEVADA, PULTE BUILDING SYSTEMS, PULTE
3  HOME CORPORATION, and US HOME CORPORATION, (hereinafter collectively referred to
4  as "Movants") for an order, pursuant to 11 USC 362(d) of the Bankruptcy Code; appearances
5  having been noted on the record; arguments made by counsel; and with the findings of the Court
6  having been made on the record and incorporated herein;
7  And notice of the Motion having been provided to the Office of the United States Trustee
8  for the District of Nevada and other interested parties;
9  And it appearing that no other or further notice of the Motion need be provided;
10 And good and sufficient cause appearing therefor;
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

141088

**IT IS HEREBY ORDERED** that the Motion to allow Movants to proceed against the Debtor and its insurance carriers in the following cases for the purpose of establishing liability against Debtor is GRANTED as to the following cases:

1. *Minor, et al. v. PN II, Inc. dba Pulte Homes of Nevada and Pulte Home Corporation,* Clark County District Court Case No. A625664;

2. *Jacobs Family Trust v. PN II, Inc. dba Pulte Homes of Nevada,* Clark County District Court Case No. A654885;

3. *Tugwell, et al. v. Greystone Nevada LLC and US Home Corporation,* Clark County District Court Case No. A657908;

4. *Howard & Sharon Dameron v. Del Webb Communities, Inc., Pulte Building Systems, LLC, and PN II, Inc. dba Pulte Homes of Nevada*; and

5. *Harris, et al. v. US Home Corporation.*

Movants will pursue Debtor's insurance proceeds only and will waive any claims Movants may have against the Bankruptcy Estate.

Prepared and respectfully submit by:

KOELLER NEBEKER CARLSON & HALUCK, LLP

BY: _____
RICHARD D. YOUNG, ESQ.
Nevada Bar No. 11331
CASSANDRA S. CUMMINGS, ESQ.
Nevada Bar No. 11944
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Attorneys for Movants
DEL WEBB COMMUNITIES, INC., GREYSTONE NEVADA LLC, PN II, INC. dba PULTE HOMES OF NEVADA, PULTE BUILDING SYSTEMS, PULTE HOME CORPORATION and US HOME CORPORATION

141088

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Timothy S. Cory, Esq.  
Durham, Jones & Pinegar, P.C.  
10785 W. Twain, Suite 200  
Las Vegas, Nevada 89135  
Attorney for Trustee

_[signature]_ Approve

_____ Disapprove

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Page 4 of 4

141088