

_____
Honorable Bruce A. Markell
United States Bankruptcy Judge

**Entered on Docket**
**October 12, 2012**

JASON W. WILLIAMS, ESQ.
Nevada Bar No. 8310
VALERIE DEL GROSSO, ESQ.
Nevada Bar No. 11103
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 S. Fourth St., Suite 500
Las Vegas, NV  89101
_Richard.Young@knchlaw.com_
_Valerie.DelGrosso@knchlaw.com_
Phone:  (702) 853-5500
Fax:  (702) 853-5599
Attorneys for Movants
PN II, Inc. dba PULTE HOMES
OF NEVADA

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:                                                   ) | **CASE NO:   09-33776-bam** |
| )                                                                | **CHAPTER  7** |
| EXECUTIVE PLASTERING, INC.           ) | **ORDER GRANTING MOTION FOR** |
| )                                                                | **RELIEF FROM STAY** |
| )                                                                | |
| Debtor.                      ) | **Hearing Date:    October 2, 2012** |
| )                                                                | **Hearing Time:   1:30 p.m.** |
| _____ ) | |

    This matter having been heard on the 2nd day of October, 2012; the Court having

reviewed and considered the Motion for Relief from Stay dated August 31, 2012, ("the Motion")

brought by PN II, INC. dba PULTE HOMES OF NEVADA (hereinafter "Pulte") for an order,

pursuant to 11 USC 362(d) of the Bankruptcy Code; appearances having been noted on the

153909

record; arguments made by counsel; and with the findings of the Court having been made on the record and incorporated herein;

And notice of the Motion having been provided to the Office of the United States Trustee for the District of Nevada and other interested parties;

And it appearing that no other or further notice of the Motion need be provided;

And good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that the Motion to allow Movants to proceed against the Debtor and its insurance carriers in the following cases for the purpose of establishing liability against Debtor:

1.    *Gregory and Carla Tiedeman v. PN II, Inc., dba Pulte Homes of Nevada.*

**IT IS FURTHER ORDERED** that relief from stay is subject to the following limits:

1.    Movants waive their right to funds in the bankruptcy estate and look only to insurance proceeds;

2.    The Trustee has no obligation to assist in the defense of any such case establishing liability against Executive Plastering, Inc., for the purpose of recovering associated insurance proceeds;

3.    Insurance carriers will not look to the bankruptcy estate to pay for costs of defense; and

///
///
///
///

153909

1        4.    Insurance carriers will defend in accordance with their policies of insurance.

2    Prepared and respectfully submitted by:

3                                          KOELLER NEBEKER CARLSON &
4                                            HALUCK, LLP

5               BY:  */s/ Valerie Del Grosso, Esq.*
6                                          VALERIE DEL GROSSO, ESQ.
7                                          Nevada Bar No. 11103
8                                          300 South Fourth Street, Suite 500
9                                          Las Vegas, NV 89101
                                      Attorney for Movants,
                                      PN II, INC. dba PULTE HOMES OF
                                      NEVADA

153909

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

___ The court has waived the requirement of approval under LR 9021.

__X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

**No parties appeared or objected.**

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

153909