

*Bruce A. Markell*

_____
Honorable Bruce A. Markell
United States Bankruptcy Judge

**Entered on Docket
December 17, 2012**

RICHARD D. YOUNG, ESQ.
Nevada Bar No. 11331
CASSANDRA S. CUMMINGS, ESQ.
Nevada Bar No. 11944
KOELLER NEBEKER CARLSON
& HALUCK LLP
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
*richard.young@knchlaw.com*
*cassandra.cummings@knchlaw.com*
Phone:  (702) 853-5500
Fax:   (702) 853-5599
Attorneys for Movants,
DEL WEBB COMMUNITIES, INC.,
PN II, INC. d/b/a PULTE HOMES OF NEVADA and
PULTE BUILDING SYSTEMS, LLC

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) **CASE NO:  09-33776-bam** |
| | ) **CHAPTER   7** |
| EXECUTIVE PLASTERING, INC. | ) |
| | ) |
| | ) Date: December 11, 2012 |
| Debtor. | ) Time: 1:30 p.m. |
| _____ | ) |

### ORDER GRANTING MOTION FOR RELIEF
### FROM AUTOMATIC STAY

Movants', Del Webb Communities, Inc., PN II d/b/a Pulte Homes of Nevada and Pulte

Building Systems, LLC (hereinafter "Movants") Motion for Relief from Automatic Stay as to

156430_1

1  Executive Plastering, Inc. (hereinafter "the Motion") for an order, pursuant to 11 U.S.C. 362(d)

2  of the Bankruptcy Code, having come on for hearing before the Bankruptcy Court on the ___

3  day of December, 2012, and the Court having reviewed the Motion; the points and authorities in

4  support, and the pleadings and papers on file; appearances having been noted on the record;

5  arguments made by counsel; and with the findings of the Court having been made on the record

6  and incorporated herein;

7         And notice of the Motion having been provided to the Office of the United States

8  Trustee for the District of Nevada and other interested parties;

9         And it appearing that no other or further notice of the Motion need be provided;

10        And good and sufficient cause appearing therefor;

11        **IT IS HEREBY ORDERED** that the Motion to allow Movants to proceed against the

12  Debtor and its insurance carriers for the purpose of establishing liability against Debtor is

13  GRANTED as to the following case:

14        1.    *Solera at Anthem Community Association, Inc. et al. v. Del Webb Communities,*
             *Inc. et al.*, Clark County District Court Case No. A647719

15

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

156430_1

1       **IT IS FURTHER ORDERED** that Movants will pursue Debtor's insurance proceeds

2   only and will waive any claims Movants may have against the bankruptcy estate.

3       DATED this ___ day of December, 2012.

4                                       Respectfully submitted by:

5

6                                       KOELLER NEBEKER CARLSON &
                                        HALUCK, LLP
7

8

9   By: _____
                                        CASSANDRA S. CUMMINGS, ESQ.
10                                      Nevada Bar No. 11944
                                        300 South Fourth Street, Suite 500
11                                      Las Vegas, NV 89101
                                        Attorney for Movants,
12                                      DEL WEBB COMMUNITIES, INC.,
                                        PN II d/b/a PULTE HOMES OF NEVADA
13                                      and PULTE BUILDING SYSTEMS, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

156430_1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_X_ I certify that this is a case under Chapter 7, or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

KOELLER NEBEKER CARLSON &
HALUCK, LLP

BY: _____
CASSANDRA S. CUMMINGS, ESQ.
Nevada Bar No. 11944
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Attorney for Movants,
DEL WEBB COMMUNITIES, INC.,
PN II d/b/a PULTE HOMES OF
NEVADA and PULTE BUILDING
SYSTEMS, LLC

156430_1