Gregory H. King, Bar No. 7777
Matthew L. Durham, Bar No. 10342
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for GREYSTONE NEVADA, LLC
and U.S. HOME CORPORATION

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

EXECUTIVE PLASTERING, INC.

Debtor.

Case No. BK-2:09-33776-BTB
Chapter 7

**NOTICE OF NON-OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Hearing Date: November 25, 2014
Hearing Time: 10:00 a.m.

PLEASE TAKE NOTICE that on October 3, 2014 Movants/Creditors U.S. Home Corporation and Greystone Nevada, LLC (collectively, "Movants") filed their Motion For Relief From Automatic Stay in the above matter. The last day to oppose Movant's motion was November 10, 2014. As of November 18, 2014, no opposition has been filed. The hearing on this Motion is set for November 25, 2014, at 10:00 a.m.

Dated: November 18, 2014

PAYNE & FEARS LLP

By  /s/ Matthew L. Durham
GREGORY H. KING, NV Bar No. 7777
MATTHEW L. DURHAM, NV Bar No. 10342
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for
GREYSTONE NEVADA, LLC and
U.S. HOME CORPORATION

4823-2500-3040.1

# CERTIFICATE OF SERVICE

1.  On November 18, 2014, I served the following document(s):

**NOTICE OF NON-OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

2.  I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☐   **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☒   **b. United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

| | |
|---|---|
| *Debtor*<br>**EXECUTIVE PLASTERING, INC.**<br>220 COMMERCE PARK CT.<br>NO LAS VEGAS, NV 89032<br>CLARK-NV<br>Tax ID / EIN: 88-0280182<br>*dba* **EAGLE PLASTERING, INC.**<br>*dba* **SUNDANCE PLASTERING** | represented by **EXECUTIVE PLASTERING, INC.**<br>PRO SE |
| *Trustee*<br>**WILLIAM A LEONARD**<br>6625 S. VALLEY VIEW #224<br>LAS VEGAS, NV 89118<br>(702) 262-9322 | represented by **ADAM P. BOWLER**<br>ADAM P. BOWLER & ASSOCIATES<br>6100 ELTON AVE.<br>SUITE 1200<br>LAS VEGAS, NV 89107<br>(702) 340-1990<br>Email:<br>adam.bowler@apbnv.com |
| | **TIMOTHY S. CORY**<br>TIMOTHY S. CORY & ASSOCIATES<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117<br>(702) 388-1996<br>Email: tim.cory@corylaw.us |
| | **DURHAM JONES & PINEGAR**<br>10785 W. TWAIN |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

AVENUE
LAS VEGAS, NV 89135
(702) 870 6060

**DUANE H GILLMAN**
DURHAM JONES & PINEGAR
111 E BROADWAY, STE 900
SALT LAKE CITY, UT 84110
(801) 415-3000
Email: dhgnotice@djplaw.com

*U.S. Trustee*
**U.S. TRUSTEE - LV - 7**
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101

☐ **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

-3-

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on** *(date)*: **November 18, 2014**

_Nancy Babas_          _/s/_
(NAME OF DECLARANT)      (SIGNATURE OF DECLARANT)

4816-9484-8031.1

-4-