Timothy S. Cory, Esq.
Nevada Bar No. 001972
**TIMOTHY S. CORY & ASSOCIATES**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 388-1996
tim.cory@corylaw.us
*Attorneys for Trustee William A. Leonard, Jr.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>EXECUTIVE PLASTERING, INC.,<br><br>Debtor | Case No. 09-33776-BTB<br>Chapter 7<br><br>Hearing Date: February 3, 2015<br>Hearing Time: 1:30 p.m.<br><br>**NOTICE OF HEARING RE: MOTION FOR AUTHORITY TO DESTROY RECORDS AND TO PAY FOR SERVICES RENDERED POST-PETITION** |

**NOTICE IS HEREBY GIVEN** that Timothy S. Cory & Associates, counsel to William A. Leonard, Jr., Chapter 7 Trustee in the above-captioned bankruptcy proceeding (the "Trustee"), has filed a Motion for Authority to Destroy Records and to Pay for Services Rendered Post-Petition. This hearing will be held at the United States Bankruptcy Court, 300 Las Vegas Blvd., Las Vegas, NV 89101 on the Third Floor, on February 3, 2015, at the hour of 1:30 p.m. Any opposition must be filed pursuant to Local Rule 9014(d)(1):

Local Rule 9014(d)(1): (1) Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

(2) Except as set out in subsection (3) below, any reply memorandum must be filed and served no later than seven (7) days preceding the hearing date.

1  (3) Subsections (d)(1) and (2) do not apply to:
    (A) Motions for summary judgment brought in any adversary proceeding;
2      (B) Motions for which an order shortening time for the hearing date has been obtained; and
3      (C) Motions for contested matters for which the court has set a separate briefing schedule either in open court or by separate order.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

If an objection is not timely filed and served, an order granting the above requested relief may be granted without a hearing pursuant to 11 U.S.C. §102(1)(B)(i).

DATED: December 29, 2014.

                **TIMOTHY S. CORY & ASSOCIATES**

                */s/ Timothy S. Cory*             .
                Timothy S. Cory, Esq.
                8831 West Sahara Avenue
                Las Vegas, Nevada 89117
                *Attorneys for Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Timothy S. Cory & Associates and that on the 23rd day of December, 2014, I caused to be served a true and correct copy of the **NOTICE OF HEARING RE: MOTION FOR AUTHORITY TO DESTROY RECORDS AND TO PAY FOR SERVICES RENDERED POST-PETITION** in the following manner:

[X]  a.  **Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]  b.  **United States Mail**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]  c.  **Facsimile Transmission**

By facsimile to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written. No error was reported by the facsimile machine that I used.

[ ]  d.  **Personal Service**

**[ ]**  For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office, on the date written above.

**[ ]**  For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there, on the date written above.

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: December 29, 2014.

*/s/ Suzanne Alexander* .
Suzanne Alexander
An Employee of Timothy S. Cory & Associates