

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 04, 2015

Timothy S. Cory, Esq.
Nevada Bar No. 001972
**TIMOTHY S. CORY & ASSOCIATES**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 388-1996
tim.cory@corylaw.us
*Attorneys for Trustee William A. Leonard, Jr.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. 09-33776-BTB |
|---|---|
| EXECUTIVE PLASTERING, INC., | Chapter 7 |
| Debtor | Hearing Date: February 3, 2015<br>Hearing Time: 1:30 p.m. |
| | **ORDER GRANTING MOTION FOR AUTHORITY TO DESTROY RECORDS AND TO PAY FOR SERVICES RENDERED POST-PETITION** |

The Trustee's Motion for Authority to Destroy Records and to Pay for Services Rendered Post-Petition (the "Motion") came on for hearing before this Court on February 3, 2015 at 1:30 p.m., the Court having reviewed and considered the Motion and related pleadings, and due notice of the Motion and the hearing of the Motion having been given to all parties entitled thereto, and

1

having heard the argument of counsel at the hearing on the Motion, at which time all parties in interest were afforded an opportunity to be heard, and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court pursuant to Rule 7052 of the Federal Rules of Civil Bankruptcy Procedure, and good cause appearing, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Trustee is authorized to have 623 storage boxes of the Debtor's financial and business documents (the "Records") destroyed; it is further

**ORDERED** that the Trustee is authorized to pay Assured Document Destruction $1411.00 as an administrative claim for its post-petition services of destroying the Records.

**IT IS SO ORDERED.**

Respectfully submitted by:

TIMOTHY S. CORY & ASSOCIATES

*/s/ Timothy S. Cory              .*
Timothy S. Cory, Esq. (1972)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Chapter 7 Trustee*

###

Local Rule 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

___   The court has waived the requirement set forth in LR 9021(b)(1).

_X_   No party appeared at the hearing or filed an objection to the motion.

___   I have delivered a copy of this proposed order to all counsel who appeared at the hearing and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

___   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Respectfully submitted:

*/s/ Timothy S. Cory*
Timothy S. Cory, Esq.