_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 08, 2015

**OAPRVFNLCMPN**

**WILLIAM A. LEONARD, JR.**
6625 S. Valley View Blvd.
Bldg. B, Suite 224
Las Vegas, NV 89118
(702) 262-9322
TRUSTEE
JenniferBk@cox.net

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>EXECUTIVE PLASTERING, INC.<br><br><br>                              Debtor(s). | CASE NO. BK-S 09-33776 BTB<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>Date: December 3, 2015<br>Time: 11:00 a.m.<br>Place: Foley Bldg., Third Floor |

**ORDER APPROVING TRUSTEE'S PAYMENT OF FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

     William A. Leonard, Trustee of the above-entitled estate, having filed herein his Final Report and Account of said estate on 10/16/15, and Notice of Hearing Trustee's Application For Compensation and Reimbursement of Expenses having been noticed to all creditors and hearing having been held on December 3, 2015 at 11:00 a.m. and good cause appearing therefor,

/ / / / /

/ / / / / /

/ / / / /

It is hereby ordered that Trustee fees in the amount of $12,527.94 and expenses in the amount of $274.75 be approved.

Submitted by:

*/s/ William A. Leonard*
WILLIAM A LEONARD, TRUSTEE

In accordance with LR 9021, the Trustee submitting this document certifies as follows (check one):

　　　____ The court has waived the requirement set forth in LR 9021 (b)(1).

　　　_X_ No party appeared at the hearing or filed an objection to the motion.

　　　____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to response, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the documents]:

　　　____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order.

###

*/s/ William A. Leonard*
WILLIAM A LEONARD, TRUSTEE