E-Filed On_____

BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 05990
**BLACK & LOBELLO**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
bhiggins@blacklobellolaw.com
*Counsel for SMS Financial, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Executive Plastering, Inc.<br>    Debtor. | Case No: 2:09-bk-33776-BTB<br>Chapter 7<br>**AFFIDAVIT FOR REIMBURSEMENT OF UNCLAIMED FUNDS** |

STATE OF ARIZONA )
                           )SS.
COUNTY OF MARICOPA )

SOCIAL SECURITY NO./TAX ID: __86-0739007_____

Jonathan Harris, Manager of SMS FINANCIAL, LLC OF 6829 North 12th Street, Phoenix, AZ 85014 being duly sworn, deposes and says:

    That I am a manager of creditor of the above-named bankrupt/debtor. That Executive Plastering, Inc. was duly adjudged a debtor/bankrupt in the United States Bankruptcy Court for the District of Nevada. That said creditor duly filed its claims, which claims were thereafter duly allowed (See Claim No.s 34, 35 and 36)

    Dividends amount to the total sum of **$16,290.46** remain unpaid (See Notice of Unclaimed Funds, Docket No. 625).

    That the said claims have not been sold or assigned, and that it is still the property of the deponent.

1    It is therefore requested that the Clerk of this Court pay to SMS Financial, LLC the total
sum of <u>$16,290.46</u>.

_____
Jonathan Harris, Manager
SMS Financial, LLC
6829 N. 12th St. Phoenix, AZ 85014

Sworn and subscribed to before me
This _____ day of May, 2016.

_____
Notary Public in and for said County & State


NANCY A. FREDRICKSON
Notary Public - Arizona
Maricopa County
Expires 03/31/2017