E-Filed On _____

BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 05990
**BLACK & LOBELLO**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
bhiggins@blacklobellolaw.com
*Counsel for SMS Financial, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re:<br><br>Executive Plastering, Inc.<br><br>    Debtor. | Case No: 2:09-bk-33776-BTB<br>Chapter 7<br><br>**AFFIDAVIT OF SERVCE** |
|---|---|

Notice is hereby given to the court that on 12th of May, 2016, the U.S. Attorney for the District of Nevada was advised, via United States Mail, of the "Motion for Payment of Unclaimed Funds."

Dated this 12th day of May, 2016.

RESPECTFULLY SUBMITTED,

BLACK & LOBELLO

*/s/ Shirley Blackburn*
Shirley Blackburn, Paralegal to
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135
*Counsel for SMS Financial, LLC*
