E-Filed On _____

BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 05990
**BLACK & LOBELLO**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
bhiggins@blacklobellolaw.com
*Counsel for SMS Financial, LLC*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re:<br><br>Executive Plastering, Inc.<br><br>Debtor. | Case No: 2:09-bk-33776-BTB<br>Chapter 7<br><br>**CHANGE OF ADDRESS OF:<br>CREDITOR, SMS FINANCIAL, LLC** |
|---|---|

I request that notice be sent to the following address:

SMS Financial, LLC
6829 North 12th Street
Phoenix, Arizona  85014

Please check one of the following:

__X__ The change of address is applicable only in the above captioned case.

_____ The change of address is also applicable in the following related cases: (please list the case numbers) _____.

Dated this 12th day of May, 2016.

BLACK & LOBELLO

By: _____
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135
*Counsel for SMS Financial, LLC*