NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  

EXECUTIVE PLASTERING, INC.
    dba EAGLE PLASTERING, INC.
    dba SUNDANCE PLASTERING

Debtor(s)

BK−09−33776−btb
CHAPTER 7

FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that WILLIAM A LEONARD is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 6/28/16

*Mary A Schott*

Mary A. Schott
Clerk of Court